

**William Cusack**
212.915.5824 (direct)
William.Cusack@wilsonelser.com

January 13, 2021

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JAN 14 2021]*

Attn:   The Honorable George B. Daniels
        United States District Judge

Re:     Angeles v. Zinus, Inc.
        Docket No.: 20-cv-10829-GBD
        Our File No.: 16692.00125

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 1 4 2021

Dear Judge Daniels:

We were retained to represent defendant Zinus, Inc., ("Defendant") in connection with the referenced matter. We write to respectfully request an extension of time in which to respond to plaintiffs' Complaint to February 12, 2021. The reason for this request is to provide our firm with sufficient time to meet with our client and examine relevant documents in order to formulate a proper response to the Complaint. This is Defendant's first request for such an extension and plaintiffs consent to the request. The requested extension will not affect any scheduled dates.

Thank your for your courtesies in this matter. Please let me know if you have any questions.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ William Cusack*

William Cusack

cc:     Counsel of Record

11445371v.1