

February 23, 2021

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Attn:   The Honorable George B. Daniels
        United States District Judge

Re:     Angeles v. Zinus, Inc.
        Docket No.: 20-cv-10829-GBD
        Our File No.: 16692.00125

**William Cusack**
212.915.5824 (direct)
William.Cusack@wilsonelser.com

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: FEB 24 2021

Dear Judge Daniels:

We represent defendant Zinus, Inc. ("Defendant") in connection with the referenced matter. We write on behalf of Defendant to respectfully request an extension of time for Defendant to respond to plaintiffs' complaint to March 22, 2021. This is Defendant's second request for such an extension and plaintiff consents to the request.

The reason for this request is that the parties have reached a settlement in principle and require additional time to effectuate the terms of the settlement.

Thank you for your courtesies in this matter. Please let me know if you have any questions.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

William Cusack

cc:   Counsel of Record

11560339v.1