UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

        Plaintiffs,

  -against-

ZINUS, INC.,

        Defendant.

------------------------------------x



ORDER

20 Civ. 10829 (GBD)

GEORGE B. DANIELS, United States District Judge:

  This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

  All conferences previously scheduled are adjourned *sine die*.

Dated: March 16, 2021
   New York, New York

              SO ORDERED.

              */s/ George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge